**COMMONWEALTH of Pennsylvania,**
**Appellant**

v.

**Edwin BURGOS, Appellee.**

Supreme Court of Pennsylvania.

Aug. 31, 2015.

### ORDER

PER CURIAM.

AND NOW, this 31st day of August, 2015, the Order of the Court of Common Pleas is hereby **AFFIRMED**. *See Com-*

*monwealth v. Hopkins,* —— Pa. ——, 117 A.3d 247 (2015).